# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| KENNETH HAMILTON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | NOS. 2:16-cv-00045 |
| | ) | 2:16-cv-00049 |
| UNITED STATES OF AMERICA, | ) | CHIEF JUDGE CRENSHAW |
| Respondent. | ) | |

## ORDER

Pending before the Court are the Petitioner's Motion To Vacate, Set Aside, Or Correct Sentence In Accordance With 28 U.S.C. § 2255 (Doc. No. 1), the Petitioner's Supplemental Brief (Doc. No. 7), and the Government's Response (Doc. No. 10). For the reasons set forth in the accompanying Memorandum Opinion, the Petitioner's Motion To Vacate, Set Aside, Or Correct Sentence In Accordance With 28 U.S.C. § 2255 (Doc. No. 1) is **GRANTED**. The Petitioner will be re-sentenced by separate order in Criminal Case No. 2:10-cr-00015.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
Chief United States District Judge